IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
JUN - 9 2009
CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

WILLIAM K. STONE,

    Plaintiff,

v.                                              Civil Action No. 4:09-CV-72

HVM, L.L.C.,
d/b/a EXTENDED STAY AMERICA,

TRAVELOCITY.COM L.P.,

and

SABRE, INC.

    Defendants.

## NOTICE OF REMOVAL

The Defendant, HVM, L.L.C. d/b/a Extended Stay America (HVM), by counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, on the following grounds:

1. This civil action was commenced by the filing of a Complaint on or about May 6, 2009, and is currently pending in the Circuit Court of the City of Hampton, Virginia. Copies of all process, pleadings, papers and orders filed in the Circuit Court of the City of Hampton, Virginia, are attached to this Notice as **Exhibit A.**

2. HVM has not been served, but is filing an Answer to the Plaintiff's Complaint simultaneously with this Notice of Removal.

3. No further proceedings have been had in this action.

4. The amount in controversy in the action, exclusive of interest and cost, exceeds $75,000.00.

5. Plaintiff William K. Stone is, and was at the time this action was filed, a citizen and resident of the State of California.

6. HVM is, and was at the time this action was filed, a corporation incorporated in the State of Delaware, with its principal place of business in the State of South Carolina. It was not and is not now, a citizen of the Commonwealth of Virginia.

7. Defendant Travelocity.com L.P. is, and was at the time this action was filed, a corporation incorporated in the States of Delaware, with its principal place of business in the State of Texas. It was not and is not now, a citizen of the Commonwealth of Virginia.

8. Defendant Sabre, Inc., is, and was at the time this action was filed, a corporation incorporated in the States of Delaware, with its principal place of business in the State of Texas. It was not and is not now, a citizen of the Commonwealth of Virginia.

9. This action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship.

10. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1332(a), and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

11. Defendant HVM wishes to remove this case to this Court.

12. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by HVM of Plaintiff's Complaint through service or otherwise.

13. Neither Defendant Travelocity.com LP, nor Defendant Sabre, Inc. have been served. As such, HVM is the only current party-defendant, and the agreement of Defendant Travelocity.com L.P. and Defendant Sabre, Inc. to this removal is not required and has not been sought.

WHEREFORE Defendant HVM, L.L.C. d/b/a Extended Stay America (HVM), by counsel, respectfully requests that the above-entitled action be removed from the Circuit Court of the City of Hampton, Virginia, to this Court.

        Respectfully submitted,

        HVM, L.L.C.,
        d/b/a EXTENDED STAY AMERICA

        By: _____
                      Counsel

William B. Tiller (VSB #30433)
Dannel C. Duddy (VSB #72906)
Sarah Floyd Blake (VSB# 74886)
TILLER LAW GROUP
P.O. Box 2453
Richmond, Virginia 23218
Phone: 804-644-8688
Fax: 804-644-8733
btiller@tillerlawgroup.com
dduddy@tillerlawgroup.com
sfblake@tillerlawgroup.com
*Counsel for HVM, L.L.C. d/b/a*
    *Extended Stay America*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was mailed this ___8th___ day of June, 2009, to the following:

Gerald G. Poindexter
11945 Rolfe Highway
P.O. Box 358
Surry, VA  23883
(757) -294-3118-Telephone
*Counsel for Plaintiff*

Verbena Askew
70 W. Mercury Blvd, Suite 201
Hampton, VA  23669
(757)-722-4100-Telephone
*Counsel for Plaintiff*

Registered Agent
Service Company
11 South 12st Street
P.O. Box 1146
Richmond, VA  23218
*Travelocity.com LP*
*Sabre, Inc.*

And VIA UPS Overnight to:

Linda Batchelor Smith
Clerk of Court
City of Hampton Circuit Court
P. O. Box 40
101 King's Way Mall
Hampton, VA 23669-0040

_/s/ William B. Tiller_
William B. Tiller (VSB #30433)
Dannel C. Duddy (VSB #72906)
Sarah Floyd Blake (VSB# 74886)
TILLER LAW GROUP
P.O. Box 2453
Richmond, Virginia 23218
Phone: 804-644-8688
Fax: 804-644-8733
btiller@tillerlawgroup.com
dduddy@tillerlawgroup.com
sfblake@tillerlawgroup.com
*Counsel for HVM, L.L.C. d/b/a*
*Extended Stay America*